United States District Court
Southern District of Texas
**ENTERED**
March 23, 2021
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| JACQUELINE S. HALLIBURTON | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | |
| | § | |
| OCWEN LOAN SERVICING, LLC, | § | |
| PHH MORTGAGE CORPORATION, | § | |
| NEWREZ MORTGAGE LLC, and THE | § | |
| BANK OF NEW YORK MELLON | § | CIVIL ACTION NO. 4:20-CV-00919 |
| TRUST COMPANY, NATIONAL | § | |
| ASSOCIATION AS TRUSTEE FOR | § | |
| RESIDENTIAL ASSET MORTGAGE | § | |
| PRODUCTS, INC., HOME EQUITY | § | |
| MORTGAGE ASSET-BACKED PASS- | § | |
| THROUGH CERTIFICATES, SERIES | § | |
| 2004-KR2 | § | |
| Defendants. | § | |

## ORDER GRANTING MOTION TO MODIFY THE COURT'S SCHEDULING ORDER

On this day, the Court considered the Parties' Joint Motion to Modify the Court's Scheduling Order and the responses thereto, if any, and finds the motion meritorious.

IT IS THEREFORE ORDERED that the Joint Motion to Modify the Court's Scheduling Order is **GRANTED.**

IT IS FURTHER ORDERED that the new discovery deadline is set for May 3, 2021.

Signed the 23rd day of March, 2021.

_____

Judge Alfred H. Bennett