United States District Court
Southern District of Texas
**ENTERED**
May 19, 2021
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| JACQUELINE S. HALLIBURTON<br>Plaintiff, | § § § | |
| V. | § § | |
| OCWEN LOAN SERVICING, LLC, PHH MORTGAGE CORPORATION, NEWREZ MORTGAGE LLC, and THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION AS TRUSTEE FOR RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC., HOME EQUITY MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2004-KR2<br>Defendants. | § § § § § § § § § § § § § | CIVIL ACTION NO. 4:20-CV-00919 |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME TO FILE DISPOSITIVE MOTIONS**

ON THIS DAY the Court considered the Unopposed Motion to Extend Time to File Dispositive Motions of Defendants PHH Mortgage Corporation, on its own behalf and as successor-by-merger to Ocwen Loan Servicing, LLC, NewRez Mortgage, LLC, and The Bank of New York Mellon Trust Company, National Association as Trustee for Residential Asset Mortgage Products, Inc., Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2004-KR2. The Court, having considered said motion, is of the opinion that the motion is with merit and should be granted. It is accordingly,

ORDERED that the Unopposed Motion to Extend Time to File Dispositive Motions is hereby GRANTED.  It is further,

ORDERED that the parties are ordered to file dispositive motions, if any, on or before June 16, 2021.

1

SIGNED this 19th day of May, 2021.

_____
UNITED STATES DISTRICT JUDGE

16789714.1