United States District Court
Southern District of Texas
**ENTERED**
June 21, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JACQUELINE S HALLIBURTON, | § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. 4:20-CV-00919 |
| PHH MORTGAGE CORPORATION, *et al*, | § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is Defendants' Motion for Summary Judgment (Doc. #25). The Court finds that the Motion does not comply with Rule B.5 of this Court's Procedures and Practices. Specifically, motions may not exceed twenty pages in length and all authority must be cited within the body of the document, not footnoted. Accordingly, it is hereby ORDERED that Defendants' Motion for Summary Judgment be STRICKEN from the record.

It is so ORDERED.

JUN 2 1 2021
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge