UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JACQUELINE S. HALLIBURTON<br>　　　　Plaintiff,<br><br>V.<br><br>OCWEN LOAN SERVICING, LLC,<br>PHH MORTGAGE CORPORATION,<br>NEWREZ MORTGAGE LLC, and THE<br>BANK OF NEW YORK MELLON<br>TRUST COMPANY, NATIONAL<br>ASSOCIATION AS TRUSTEE FOR<br>RESIDENTIAL ASSET MORTGAGE<br>PRODUCTS, INC., HOME EQUITY<br>MORTGAGE ASSET-BACKED PASS-<br>THROUGH CERTIFICATES, SERIES<br>2004-KR2<br>　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§　　CIVIL ACTION NO. 4:20-CV-00919<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**JOINT NOTICE OF SETTLEMENT**

Pursuant to Local Rule 16.3, Plaintiff Jacqueline S. Halliburton ("*Plaintiff*") and Defendants PHH Mortgage Corporation, on its own behalf and as successor-by-merger to Ocwen Loan Servicing, LLC ("*PHH*"), NewRez Mortgage, LLC ("*NewRez*"), and The Bank of New York Mellon Trust Company, National Association as Trustee for Residential Asset Mortgage Products, Inc., Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2004-KR2 ("*BONY Mellon*") (collectively, "*Defendants*") hereby notify the Court that they have reached a settlement. The parties are in the process of preparing final settlement documentation, and anticipate submitting dismissal papers to the Court within sixty (60) days of the date of the filing of this notice.

Accordingly, the parties respectfully request that the Court cancel all upcoming deadlines in this case in order to allow the parties time to finalize the settlement and submit Plaintiff's dismissal.

1

16789381.1

Respectfully submitted,

By: /s/ Rachel Sechelski (w/permission)
    **Richard Tomlinson**
    State Bar No. 20123500
    rtomlinson@lonestarlegalaid.org
    **Rachel Sechelski**
    State Bar No. 24096053
    rsechelski@lonestarlegalaid.org
    **LONE STAR LEGAL AID**
    1415 Fannin St.
    Houston, Texas 77002
    Phone: 713-652-0077 Ext. 1056
    Facsimile: 713-652-0044

    *Attorneys for Plaintiff*

By: /s/ Matthew A. Knox
    **Emily Stroope**
    State Bar No. 24070692
    estroope@mcglinchey.com
    **MCGLINCHEY STAFFORD, PLLC**
    6688 North Central Expressway, Suite 400
    Dallas, Texas 75206
    Phone: 214-445-2445
    Facsimile: 214-445-2450

    **Matthew A. Knox**
    State Bar No. 24071102
    mknox@mcglinchey.com
    **MCGLINCHEY STAFFORD, PLLC**
    1001 McKinney, Suite 1500
    Houston, TX 77002
    Telephone:    (713) 520-1900
    Facsimile:    (713) 520-1025

    *Attorneys for Defendants*

## CERTIFICATE OF CONFERENCE

I hereby certify that on July 14, 2021, the undersigned provided a draft of the foregoing notice to counsel for Plaintiff who represented they joined in the notice and granted permission to file.

/s/ Matthew A. Knox
Matthew A. Knox

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2021, a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing has been forwarded to all counsel of record as follows:

*Via CM/ECF*
Rachel Sechelski
Attorney-in-Charge
rsechelski@lonestarlegal.org
Amir Befroui
abefroui@lonestarlegal.org
500 Jefferson, 17th Floor
Houston, TX 77002

*Via E-Mail*
Rich Tomlinson
Lone Star Legal Aid
1415 Fannin Street
Houston, Texas 77002
RTomlinson@lonestarlegal.org

*Attorneys for Plaintiff*

/s/ Matthew A. Knox
Matthew A. Knox

16789381.1