United States District Court
Southern District of Texas
**ENTERED**
August 10, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JACQUELINE S HALLIBURTON, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:20-CV-00919 |
| | § | |
| PHH MORTGAGE CORPORATION, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court has been informed that a Settlement Agreement is pending in this case.

IT IS HEREBY ORDERED that all deadlines and hearings set by the Scheduling Order are terminated. Parties must file final dismissal papers within 60 days from the date of this order or appear for a Status Conference scheduled **October 15, 2021 at 10:30 a.m.**

It is so ORDERED. 08/10/2021.

_____
The Honorable Alfred H. Bennett
United States District Judge