## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **JACQUELINE S. HALLIBURTON** | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | |
| | § | |
| **OCWEN LOAN SERVICING, LLC,** | § | |
| **PHH MORTGAGE CORPORATION,** | § | |
| **NEWREZ MORTGAGE LLC, and THE** | § | |
| **BANK OF NEW YORK MELLON** | § | **CIVIL ACTION NO. 4:20-CV-00919** |
| **TRUST COMPANY, NATIONAL** | § | |
| **ASSOCIATION AS TRUSTEE FOR** | § | |
| **RESIDENTIAL ASSET MORTGAGE** | § | |
| **PRODUCTS, INC., HOME EQUITY** | § | |
| **MORTGAGE ASSET-BACKED PASS-** | § | |
| **THROUGH CERTIFICATES, SERIES** | § | |
| **2004-KR2** | § | |
| **Defendants.** | § | |

## <u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Jacqueline S. Halliburton ("***Plaintiff***") hereby dismisses with prejudice all claims in the above-captioned case against Defendants PHH Mortgage Corporation, on its own behalf and as successor-by-merger to Ocwen Loan Servicing, LLC ("***PHH***"), NewRez Mortgage, LLC ("***NewRez***"), and The Bank of New York Mellon Trust Company, National Association as Trustee for Residential Asset Mortgage Products, Inc., Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2004-KR2 ("***BONY Mellon***").

Plaintiff and Defendants will bear their own attorney's fees, expert fees, litigation expenses, and all costs incurred in litigating these claims.

16789381.1

Respectfully submitted,

**By:**_____*/s/ Richard Tomlinson*_____

     **Richard Tomlinson**
     State Bar No. 20123500
     rtomlinson@lonestarlegalaid.org
     **Rachel Sechelski**
     State Bar No. 24096053
     rsechelski@lonestarlegalaid.org
     **LONE STAR LEGAL AID**
     1415 Fannin St.
     Houston, Texas 77002
     Phone: 713-652-0077 Ext. 1056
     Facsimile: 713-652-0044

     *Attorneys for Plaintiff*


**By:** *_/s/  Emily Stroope*_____

     **Emily Stroope**
     State Bar No. 24070692
     estroope@mcglinchey.com
     **MCGLINCHEY STAFFORD, PLLC**
     6688 North Central Expressway, Suite 400
     Dallas, Texas 75206
     Phone: 214-445-2445
     Facsimile: 214-445-2450

     *Attorneys for Defendants*

2

16789381.1

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2021, a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing has been forwarded to all counsel of record as follows:

***Via CM/ECF***
Emily Stroope
**MCGLINCHEY STAFFORD, PLLC**
estroope@mcglinchey.com
6688 North Central Expressway, Suite 400
Dallas, Texas 75206
Phone: 214-445-2445
Facsimile: 214-445-2450

***Attorneys for Defendants***

/s/ Richard Tomlinson
**Richard Tomlinson**

16789381.1