United States District Court
Southern District of Texas
**ENTERED**
October 13, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JACQUELINE S HALLIBURTON, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:20-CV-00919 |
| | § | |
| PHH MORTGAGE CORPORATION, *et al*, | § | |
| | § | |
| Defendants. | § | |

### ORDER OF DISMISSAL

In accordance with the Joint Stipulation filed October 12, 2021, (Doc # 30), it is hereby ORDERED that this action be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

It is so ORDERED. 10/13/2021.

_____
The Honorable Alfred Bennett
United States District Judge